In the Matter of JACOB SHATTER, Appellant, against ROBERT MOSES, as Park Commissioner of the City of New York, Respondent.

(Argued November 19, 1934; decided December 4, 1934.)

*Albert De Roode* for appellant.

*Paul Windels, Corporation Counsel* ( *Nelson Rosenbaum* and *Paxton Blair* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.